■ In the Matter of the Claim of MARYANN E. HANNA, Appellant. COMMISSIONER OF LABOR, Respondent. [993 NYS2d 522]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 4, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion.

Lahtinen, J.P., McCarthy, Rose, Egan Jr. and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.